UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| **Barbara Callaway** on behalf of herself and all other persons similarly situated, known and unknown,<br><br>Plaintiffs,<br><br>vs.<br><br>**DenOne, LLC.**, an Ohio corporation; **Nelda, LLC,** an Ohio corporation; and **Erick Martinez.**<br><br>Defendants. | No. 1:18-cv-01981-PAB<br><br>THE HONORABLE PAMELA A. BARKER<br><br>**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE** |

The Parties, by and through undersigned counsel, hereby jointly stipulate to the dismissal of Plaintiffs' claims, with prejudice, each party to bear its own attorneys' fees and costs, except as otherwise set forth in the Parties' Settlement Agreement.

RESPECTFULLY SUBMITTED this December 10, 2019.

BENDAU & BENDAU PLLC

By: /s/ *Clifford P. Bendau, II*
Clifford P. Bendau, II (OH No. 089601)
Christopher J. Bendau
P.O. Box 97066
Phoenix, Arizona 85060
Telephone AZ: (480) 382-5176
Fax: (480) 304-3805
Email: cliffordbendau@bendaulaw.com

THE LAW OFFICES OF SIMON & SIMON

By: /s/ *James L. Simon*
James L. Simon (OH No. 89483)
6000 Freedom Square Dr.
Independence, OH 44131
Telephone: (216) 525-8890
Facsimile: (216) 642-5814
Email: jameslsimonlaw@yahoo.com

*Attorneys for Plaintiffs and Opt-In Plaintiffs*

TUCKER ELLIS LLP

By: /s/ *Daniel L. Messeloff*
Daniel L. Messeloff (0078900)
Melissa Z. Kelly (0077441)
950 Main Avenue, Suite 1100
Cleveland, Ohio 44113-7213
Tel: 216.592.5000
Fax: 216.592.5009
E-mail: daniel.messeloff@tuckerellis.com
melissa.kelly@tuckerellis.com

HAHN LOESER + PARKS LLP

By: /s/ *Steven E. Seasly*
Steven E. Seasly (0070536)
Kara D. Williams (0084245)
200 Public Square, Suite 2800
Cleveland, Ohio 44114-2316
Tel: 216.621.0150
Fax: 216.241.2824
E-mail: sseasly@hahnlaw.com
kwilliams@hahnlaw.com

*Counsel for Defendants*

## CERTIFICATE SERVICE

I hereby certify that a true and complete copy of the forgoing along was served upon all necessary parties through the Court's electronic case filing system on this 10th Day of December, 2019.

/s/ *Clifford P. Bendau, II*