UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| **Barbara Callaway** on behalf of herself and all other persons similarly situated, known and unknown,<br><br>Plaintiffs,<br><br>vs.<br><br>**DenOne, LLC.**, an Ohio corporation; **Nelda, LLC,** an Ohio corporation; and **Erick Martinez.**<br><br>Defendants. | No. 1:18-cv-01981-PAB<br><br>THE HONORABLE PAMELA A. BARKER<br><br>**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE** |

The Parties, by and through undersigned counsel, hereby jointly stipulate to the dismissal of Plaintiffs' claims, with prejudice, each party to bear its own attorneys' fees and costs, except as otherwise set forth in the Parties' Settlement Agreement.

RESPECTFULLY SUBMITTED this December 10, 2019.

The Parties' joint stipulation of dismissal with prejudice is approved.
s/ Pamela A. Barker
PAMELA A. BARKER
UNITED STATES
DISTRICT JUDGE

BENDAU & BENDAU PLLC

By: /s/ *Clifford P. Bendau, II*
Clifford P. Bendau, II (OH No. 089601)
Christopher J. Bendau
P.O. Box 97066
Phoenix, Arizona 85060
Telephone AZ: (480) 382-5176
Fax: (480) 304-3805
Email: cliffordbendau@bendaulaw.com

THE LAW OFFICES OF SIMON & SIMON

By: /s/ *James L. Simon*
James L. Simon (OH No. 89483)
6000 Freedom Square Dr.
Independence, OH 44131
Telephone: (216) 525-8890
Facsimile: (216) 642-5814
Email: jameslsimonlaw@yahoo.com

*Attorneys for Plaintiffs and Opt-In Plaintiffs*

1